**So Ordered.**

**Dated: October 22nd, 2026**

**Frederick P. Corbit**
**Bankruptcy Judge**

Sheppard Law Office, PC
16114 E Indiana Ste. 205
Spokane Valley, WA 99216
509-443-3014

Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLEWELYN, JACK L.<br><br>Debtor | Case No.: 24-01654-FPC13<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ATTORNEY FEES |

For the reasons stated on the record at the hearing held on October 21, 2026, Debtor's request for attorney fees (ECF No. 46) is GRANTED IN PART AND DENIED IN PART. Attorney fees are awarded in the amount of $500.

///END OF ORDER///

Presented By:

/s/ Rebecca J. Sheppard
WSBA# 40220
Attorney for Debtor